No. 98–9860. DIXON *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied. 

No. 98–9861. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–9862. HANSBORO *v.* CLAYTON ET AL. C. A. 7th Cir. Certiorari denied. 

No. 98–9863. EDWARDS *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 98–9864. GILBERT, AKA SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9865. DRAYTON *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–9866. HOSKINS *v.* U S WEST, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9867. CARTER ET AL. *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–9868. MOSLEY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–9869. DONG SOO KIM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–9870. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 98–9871. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9872. MONSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9873. KIRKMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9874. MANNING *v.* MICHIGAN. Cir. Ct. Mich., Saginaw County. Certiorari denied.